AETNA CASUALTY & SURETY
COMPANY, Plaintiff, Appellee,

v.

Barbara R. CURLEY, et al.,
Defendants, Appellees.

Appeal of Lynn A. WILSON, Adminis-
tratrix of the Estate of Leonard
Bruse, etc., Defendant, Appellant.

No. 89–2159.

United States Court of Appeals,
First Circuit.

Heard April 4, 1990.

Decided Feb. 7, 1991.

Cristine L. McBurney with whom McBur-
ney Law Services, Inc., Pawtucket, R.I.,
was on brief, for defendant, appellant.

Dennis J. McCarten with whom Hanson,
Curran, Parks & Whitman, Providence,
R.I., was on brief, for plaintiff, appellee
Aetna Cas. & Sur. Co.

Before TORRUELLA, SELYA and
CYR, Circuit Judges.

PER CURIAM.

On May 11, 1990, we certified a series of
questions anent this matter to the Rhode
Island Supreme Court. *See Aetna Cas. &
Sur. Co. v. Curley,* 902 F.2d 1034 (1st
Cir.1990). On January 25, 1991, the Rhode
Island Supreme Court responded to those
questions. *See Aetna Cas. & Sur. Co. v.
Curley,* 585 A.2d 640 (R.I.1991). The an-
swers to the certified questions are disposi-
tive of the issues raised before us by the
appellant, Lynn A. Wilson, in her capacity
as administratrix of the estate of Leonard
Bruse. Those answers unequivocally con-
firm the correctness of the declaration of
rights entered by the district court.

We need go no further. In the absence
of any remaining zoetic issues, we direct
that the judgment below be

*Affirmed. Costs in favor of appellee
Aetna.*